**Opinion issued December 14, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00291-CV

————————————

**JEFFREY PARCHMAN, Appellant**

**V.**

**EOG RESOURCES, INC. AND NABORS DRILLING USA, L.P., Appellees**

---

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case No. 2013-57039

---

## MEMORANDUM OPINION

The parties have filed a joint motion for voluntary dismissal of the appeal, asserting that they have reached an agreement to settle the claims that are the basis of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Caughey.